UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| BRANDON HATLEVIG,<br><br>    Plaintiff,<br>vs.<br><br>MESSERLI & KRAMER P.A.,<br><br>and<br><br>LVNV FUNDING LLC,<br><br>    Defendants. | Case No. 21-cv-612 |

**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff Brandon Hatlevig, by counsel, hereby provides notice, and respectfully moves that the above captioned case be dismissed without prejudice, with each party to bear their own costs and attorneys' fees.

Dated this 27th day of October, 2021.

            s/ Nathan DeLadurantey_____
            Nathan E. DeLadurantey, 1063937
            DELADURANTEY LAW OFFICE, LLC
            330 S. Executive Drive, Suite 109
            Brookfield, WI 53005
            (414) 377-0515
            E: nathan@dela-law.com
            *Attorney for the Plaintiff*